IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03138-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JEREMY PINSON,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
CHARLES E. SAMUELS, JR.,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Jeremy Pinson, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at ADX in Florence, Colorado. On October 25, 2013, Mr. Pinson, acting *pro se*, initiated this action by filing a complaint in the United States District Court for the District of Columbia (District of Columbia). In the interest of justice, the District of Columbia transferred the action to this Court where Mr. Pinson currently is incarcerated.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Mr. Pinson will be directed to cure the following if he wishes to pursue his claims in this Court in this action. Any papers that Mr. Pinson files in response to this Order must include the civil action number noted above in the caption of this Order.

    **28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __ is not submitted
(2)   __ is missing affidavit

(3)  X   is not on proper form (Must use Court-approved form revised 10-1-12)
(4)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)  ___  is missing certificate showing current balance in prison account
(6)  X   is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  ___  other:

**Complaint, Petition or Application**:
(9)   ___  is not submitted
(10)  X   is not on proper form (must use the Court's current form)
(11)  ___  is missing an original signature by the prisoner
(12)  ___  is missing page nos. ___
(13)  ___  uses et al. instead of listing all parties in caption
(14)  ___  names in caption do not match names in text
(15)  ___  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days** from the date of this Order.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner Complaint form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED:  November 19, 2013, at Denver, Colorado.

                              BY THE COURT:

                              s/Boyd N. Boland
                              United States Magistrate Judge